No. 94–973.  THOMAS v. MONSANTO EMPLOYEES' CREDIT UNION.  C. A. 11th Cir.  Certiorari denied.

No. 94–974.  OHIO SAVINGS BANK, FKA OHIO SAVINGS ASSN. v. HAMILTON ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–975.  BENSON ET AL. v. EMPIRE STATE BANK.  Ct. App. Minn.  Certiorari denied.

No. 94–985.  FORGETTE v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–991.  SEARS, ROEBUCK & CO. v. FORBUS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–997.  BECKMAN ET UX. v. GREENSPAN, CHAIRMAN, FEDERAL RESERVE BOARD, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 94–1007.  MITCHELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–1008.  ESPOSITO v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–1017.  ADAMS ET AL. v. MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES ET AL.  Ct. App. Md.  Certiorari denied.

No. 94–1031.  FELIX v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 94–1032.  REYNOLDS v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–1065.  MARTINDALE v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–1067.  COLEMAN v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.